*Appel v. Spiridon*

3:06CV1177(SRU)

# Plaintiff's Exhibit List

**(10) EXHIBITS**

| Date | # | Description | Status |
|---|---|---|---|
| 12/12/13 | 1 ✓ | Professional Assessment May 1983 | full — admitted |
| 12/12/13 | 2 ✓ | Professional Assessment November 2000 | Eval full BUT excluding letters attached as hearsay. 2a is workshop thankyou — excluded again as hearsay |
| 12/13 | 3 ✓ | Statement by Art Dept. D.E.C. for 6th Year Assessment | Signature page full |
| 12/12/13 | 4 | Application for Sabbatical Leave | excluded — hearsay (12/12) |
|  | 5 | Letter from Marguerite Kerrigan to WCSU 9/13/03 |  |
|  | 6 | Art Dept. Course Evaluations 2004 |  |
| 12/12/13 | 7 ✓ | WCSU Print Show 2004 | full |
| 12/12/13 | 8 ✓ | Appel/Vaden-Goad emails 5/6/04 | full |
|  | 9 | CHRO letter with attachments 5/15/07 |  |
|  | 10 | Spiridon memo to Appel 4/13/05 with attachments |  |
| 12/12/13 | 11 ✓ | Spiriton to Appel 6/16/05 | full |
| 12/12/13 | 12 ✓ | Amyot to Spiridon 7/26/05, etc. | full |
| 12/12/13 | 13 ✓ | Art Dept. Course Evaluations 2005 | full |
| 12/12/13 | 14 ✓ | Wells, et al. to Vaden-Goad 9/1/05 | full |
| 12/12/13 | 15 ✓ | Collective Bargaining Agreement | full |
| 12/12/13 | 16 ✓ | Spiridon to Vaden-Goad 11/8/05 | full |
| 12/12/13 | 17 ✓ | Spiridon to Vaden-Goad 11/8/05 | full |
| 12/12/13 | 18 ✓ | Spiridon to Vaden-Goad 11/10/05 | full |
| 12/12/13 | 19 ✓ | Vaden-Goad to Appel 11/11/05 | full |
| 12/12/13 | 20 ✓ | Appel to SAC 11/19/05 | full |
| 12/12/13 | 21 ✓ | Wiss to Halligan 12/6/05 | offering p. 3 — pg no's been able to authenticate → pg. 3 of Ex 21 full |
| 12/12/13 | 22 ✓ | Course Descriptions | full |

12/13/13 23 ✓ Course Evaluations 2006 → first 3 pages full
12/12/13 — 24 ✓ Vaden-Goad to Spiridon 1/5/06, etc. — full
12/12/13 — 25 ✓ Wiss to Appel 2/3/06 — full
12/12/13 — 26 ✓ Vaden-Goad memo 3/15/06 — full
12/12/13 — 27 ✓ Report of SAC 4/28/06 — full
12/12/13 — 28 ✓ Wiss to Appel 5/11/06 — full
12/12/13 — 29 ✓ Grievance received 6/8/06 — full
12/12/13 — 30 ✓ Wiss to Appel 6/30/06 — full
12/12/13 — 31 ✓ Appel to Wiss 6/30/06 — full
12/12/13 — 32 ✓ Spiridon to Appel 7/11/06 — full
12/12/13 — 33 ✓ Spiridon to Appel 7/25/06 — full
12/12/13 — 34 ✓ Rinker to Appel 8/2/06 — full
12/12/13 — 35 ✓ Rinker to Appel 8/25/06 — full
12/12/13 — 36 ✓ Rinker to Appel 8/31/06 — full
12/12/13 — 37 ✓ Rinker to Appel 9/7/06 — full
           38   Spiridon to Appel 9/16/06, etc.
12/12/13 — 39 ✓ Spiridon to Appel 9/16/06, etc. — full
12/12/13 — 40 ✓ ~~Spiridon to Appel 9/16/06, etc.~~ Appel Email to ~~Spindle~~ schmotter, etc. on 7/18/2006 ↳ full
~~12/12/13~~ — 41   Appel to Rinker 10/4/06 — Excluded as hearsay (12/12)
           42   Margulies to Spiridon 10/5/06
12/12/13 — 43 ✓ Spiridon to Appel 10/16/06 — full
12/12/13 — 44 ✓ Appel to Wells 10/24/06 — full (but including instruction to consider not for truth, just notice)
12/12/13 — 45 ✓ Rinker to Appel 10/24/06 with attachment — full except last page ✶ (send sub)

12/12/13 — 46 ✓   Step Three Grievance Arbitration Decision dated 11/10/06 — full

47   Appel to Schmotter 12/7/06

48   Appel to Schmotter 12/8/06

12/12/13 — 49 ✓   Spiridon to Appel 12/18/06 — full

50   Appel to Goble 12/22/06

51   Appel to Schmotter 1/3/07

12/12/13 — 52   Spiridon to Appel 1/4/07

53   Spiridon to Appel 1/9/07, etc.

54   Hawkes to Spiridon 2/1/07

55   Rinker to Spiridon 2/1/07

12/12/13 — 56 ✓   Spiridon to Appel 2/2/07 — full

12/12/13 — 57 ✓   Appel to Rinker 2/2/07 — full

12/12/13 — 58 ✓   Spiridon to Appel 2/5/07 with attachments — full

12/12/13 — 59 ✓   Hawkes to Appel 2/8/07 — full

12/12/13 — 60 ✓   Wells et al. to Appel 2/8/07 with attachments — full

12/12/13 — 61 ✓   Spiridon to Appel 2/9/07 — full

12/12/13 — 62 ✓   Wells et al. to Appel 2/22/07 with attachments — full

12/12/13 — 63 ✓   Appel to Hawkes 2/23/07 — full

12/12/13 — 64 ✓   Hawkes to Appel 2/23/07 — full

65   Spiridon to Appel 2/26/07

12/12/13 — 66 ✓   Hawkes to Appel 3/6/07 with attachments — full

12/12/13 — 67 ✓   Rinker to Appel 3/15/07 — full

12/12/13 — 68 ✓   Spiridon to Appel 3/16/07 — full

12/12 — 69 ✓ Spiridon to Appel 3/28/07 — full
12/12 — 70 ✓ Wells to Appel 3/29/07 — full
12/16 — 71 ✓ Spiridon to Rinker 3/30/07 — full
12/12 — 72 ✓ Spiridon to Appel 4/9/07 — full
12/12 — 73 ✓ Rinker to Appel 4/9/07 — full
~~12/12~~ — 74   Appel to Schmotter 4/9/07 — Excluded as hearsay - (12/12)
12/12 — ~~75   Spiridon to Rinker 4/12/07   full~~              12/17 withdrawn
           76   Course Evaluations 2007
12/12 — 77 ✓ Faculty Evaluation and classroom observations 2006-07 — full

           78   Spiridon to Rinker 4/23/07
12/12 — ~~79   Hawkes to Rinker 5/1/07   full~~                12/17 w/d
12/12 — ~~80   Rinker to Appel 5/14/07   full~~                12/17 w/d
12/12 — ~~81   Spiridon to Schmotter and Nair 5/21/07 with attachments   full~~ w/d 12/17
12/16 — 82 ✓ Spiridon to Rinker 6/4/07, etc. — ~~p.1~~ (p.1) full
12/12 — ~~83   Spiridon to Schmotter and Nair 6/4/07 with attachment — full~~ w/d 12/17
         — 84   Fedele to Appel 6/15/07 — hearsay - Excluded (12/12)
12/12 — ~~85   Grievance Committee ruling 7/9/07 — full~~      12/17 w/d
12/12 — ~~86   Grievance Committee ruling 7/9/07 — full~~      w/d 12/17
12/12 — ~~87   Grievance Committee ruling 7/9/07   full~~      12/17 w/d
12/12 — ~~88   Grievance Committee ruling 7/9/07 — full~~      12/17 w/d
12/12 — ~~89   Grievance Committee ruling 7/16/07 — full~~     12/17 w/d
12/12 — 90 ✓ Rinker to Appel 7/17/07 — full
12/12 — 91 ✓ Rinker to Appel 7/20/07 — full

| | # | Description | | | |
|---|---|---|---|---|---|
| 12/12B- | 92 ✓ | Appel to Rinker 7/30/07 – full | | | |
| 12/12 | 93 ✓ | Spiridon to Appel 9/7/07 with attachment – full | | | |
| | 94 | Spiridon to Appel 9/12/07 | | | |
| 12/12 | ~~95~~ | ~~Grievance received 9/14/07~~ – full | withdrawn | | 12/17 |
| 12/12 | ~~96~~ | ~~Grievance received 9/17/07~~ – full | | w/d | 12/17 |
| 12/12 | ~~97~~ | ~~Grievance received 9/17/07~~ – full | | w/d | 12/17 |
| 12/12 | ~~98~~ | ~~Grievance received 9/17/07~~ – full | | w/d | 12/17 |
| | 99 | Spiridon to Appel 9/18/07 | | | |
| | 100 | Grievance received 9/19/07 | | | |
| | 101 | Spridon to Appel 9/20/07 | | | |
| 12/12 | ~~102~~ | ~~Spiridon to Schmotter and Nair 9/20/07 with attachment~~ – full | | w/d | 12/17 |
| 12/12 | 103 ✓ | Spiridon to Appel 10/2/07 – full | | | |
| 12/12 | 104 ✓ | Statement of Charges 10/2/07 – full | | | |
| 12/12 | ~~105~~ | ~~Spiridon to Schmotter and Nair 10/2/07 with attachments~~ – full | | w/d | 12/17 |
| 12/12 | ~~106~~ | ~~Grievance Decision 10/5/07~~ – full | | w/d | 12/17 |
| 12/12 | ~~107~~ | ~~Grievance Decision 10/5/07~~ – full | | w/d | 12/17 |
| 12/12 | ~~108~~ | ~~Grievance Decision 10/5/07~~ – full | | w/d | 12/17 |
| 12/12 | ~~109~~ | ~~Samuel to Appel 10/22/07~~ – full | | w/d | 12/17 |
| 12/12 | 110 ✓ | Spiridon to Appel 3/14/08 – full | | | |
| 12/12 | 111 ✓ | Termination Decision 3/14/08 – full | | | |
| 12/12 | 112 ✓ | Schmotter to Appel 3/17/08 – full | | | |
| 12/12 | ~~113~~ | ~~Spiridon to Appel 3/19/08 with attachment~~ – full | | w/d | 12/17 |
| 12/12 | ~~114~~ | ~~Spiridon to Appel 4/22/08 with attachments~~ – full | | w/d | 12/17 |

115   Plaintiff's Earnings Records

~~116~~

116 - July 16, 2004 letter Re: tenure track ~~position~~ appointment ⎤ Excluded
117 - August 16, 2004 Re ~~same~~ tenure track appointment ⎦ on grounds
12/16  - 118 ✓ - Skora Appointment Request - full                        of science
12/16  - 119 ✓  Portnow Appointment Request - full                        12/13