AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

Appel

v.

Spiridon, et al

~~EXHIBIT AND~~ WITNESS LIST

Case Number: 3:06CV1177

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| S. R. Underhill | John Williams | Joseph Jordano, B. Margulies |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/12/13 - | Sue Catucci | B. Sbalbi / Sarah Freuden |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 12/12 | | | Rosalie Appel |
| ✓ | | 12/13 | | | Hwa Young Caruso |
| | ✓ | 12/13 | | | Margaret Whiters Grimes |
| | ✓ | 12/13 | | | Edward Charles Little |
| | ✓ | 12/13 | | | Luigi Marcone |
| | ✓ | 12/13 | | | Terry Wells |
| | ✓ | 12/16 | | | Linda Vaden-Goad |
| | ✓ | 12/16 | | | Kathryn Wiss |
| | ✓ | 12/16 | | | Linda Rinker |
| | ✓ | 12/16 | | | Charles Spiridon |
| | ✓ | 12/17 | | | Christina Fay |
| | ✓ | 12/17 | | | ~~Stack~~ Stacey Itongo |
| | ✓ | 12/17 | | | Marlene Davis |
| | ✓ | 12/17 | | | James Schmotter, Pres. WestConn. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages