**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
Dec. 18  2013
Roberta D. Tabora, Clerk
By: B. Shalley
Deputy Clerk

| | | |
|---|---|---|
| ROSALIE APPEL, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:06cv1177 (SRU) |
| | : | |
| CHARLES SPIRIDON, LINDA VADEN- | : | |
| GOAD and LINDA RINKER, | : | |
| Defendants. | : | |
| | : | |
| | : | |

**VERDICT FORM**

We, the jury, unanimously find:

**Question 1**: Has the plaintiff, Rosalie Appel, proven by a preponderance of the evidence each of the elements of her Section 1983 First Amendment retaliation claim against the following defendants?

Charles Spiridon:          Yes _____     No __✓__

Linda Vaden-Goad:      Yes _____     No __✓__

Linda Rinker:               Yes _____     No __✓__

*If you answer "Yes" with respect to one or more of the defendants, go to Question 2.  If you answer "No" to some of the defendants, do not answer Questions 2 through 5 with respect to them. If you answer "No" to all of the defendants, sign and date this form on the last page.*

**Question 2:** For any defendant for whom you answered "Yes" to Question 1, has that defendant proven by a preponderance of the evidence the affirmative defense?

Charles Spiridon:          Yes _____     No _____

Linda Vaden-Goad:      Yes _____     No _____

Linda Rinker:               Yes _____     No _____

*If you answer "No" with respect to one or more of the defendants, go to Question 3.  If you*

*answer "Yes" to some of the defendants, do not answer Questions 3 through 5 with respect to them. If you answer "Yes" to all of the defendants, sign and date this form on the last page.*

**Question 3:** Has the plaintiff proven by a preponderance of the evidence that she is entitled to an award of compensatory damages?

Yes _____      No _____

*If you answered "Yes" to Question 3, proceed to Question 4.   If you answered "No" to Question 3, indicate the amount of nominal damages you award and proceed to Question 5.*

Nominal Damages:          $_____

**Question 4:** What amount of compensatory damages do you find that Rosalie Appel has proven by a preponderance of the evidence were caused by each defendant you deemed liable in Question 1?

Charles Spiridon:          Compensatory Damages $ _____

Linda Vaden-Goad:          Compensatory Damages $ _____

Linda Rinker:          Compensatory Damages $ _____

*Proceed to Question 5*

**Question 5:** Did the plaintiff prove by a preponderance of the evidence that she is entitled to punitive damages against one or more of the defendants?

Yes _____      No _____

*If you answer "No," sign and date this verdict form at the bottom of this page.  If you answer "Yes," please answer the following question with respect to those defendants you deemed liable in Question 1.*

If yes, what amount of punitive damages do you award Ms. Appel?

Charles Spiridon:          Punitive Damages $ _____

Linda Vaden-Goad:          Punitive Damages $ _____

Linda Rinker:          Punitive Damages $ _____

2