# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

ROSALIE APPEL

    v.                                                      3:06CV1177   (SRU)

CHARLES SPIRIDON, LINDA VADEN-
GOAD, CAROL HAWKES, TERRY WELLS,
LINDA RINKER, MARGARET GRIMES,
JOHN WALLACE, ABE ECHEVARRIA and
JAMES SCHMOTTER

## **JUDGMENT**

This cause came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge. On September 1, 2011 defendants Carol Hawkes, Terry Wells, Margaret Grimes, John Wallace, Abe Echevarria and James Schmotter were dismissed. On December 18, 2013, and after deliberation, the jury returned a verdict in favor of defendants Charles Spiridon, Linda Vaden-Goad and Linda Rinker.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for defendants Charles Spiridon, Linda Vaden-Goad and Linda Rinker and the case is closed.

Dated at Bridgeport, Connecticut, this 2nd day of January, 2014.

                                                                       ROBIN D. TABORA, Clerk

                                                                       By   /s/ Barbara Sbalbi
                                                                              Deputy Clerk

Entered on Docket _____